1  GOLDSMITH & HULL/5100601
   A Professional Corporation
2  Valeria Barinova    (Bar No.  224422)
   16000 Ventura Blvd., Suite 900
3  Encino, CA 91436-2760
   Tel.: (818) 990-6600
4  Fax: (818) 990-6140
   **govdept1@goldsmithcalaw.com**
5
6  Attorneys For Judgment Creditor
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,      )  CASE NO. a99-05739
12            Plaintiff,           )
                                   )
13 v.                             )  ORDER   GRANTING   PLAINTIFF'S
                                   )  APPLICATION   PERMITTING
14                                )  SERVICE OF PROCESS [PROPOSED]
   JERRY VAUGHN AKA JERRY LYNN    )
15 VAUGHN                         )
   ,                              )
16                                )
            Defendant.            )
17 _____
18
19     IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting
20 Service of Process is Granted, and that any agent of  ROTTNER ATTORNEY
21 SERVICE, who is at least 18 years of age, of suitable discretion, and not a party for this
22 action, be authorized and appointed to serve the writ issued in this action.
23
24
     IT IS SO ORDERED
25
26
   Dated:_____
27         ALICEMARIE H. STOTLER, CHIEF DISTRICT JUDGE
           UNITED STATES DISTRICT COURT
28